JOHN L. BURRIS, SBN 69888
BEN NISENBAUM, SBN 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

No.  C07-06337 MEJ

JANE DOE,

       Plaintiff,

v.

CITY OF OAKLAND, et al.

     Defendants.

SUMMONS RETURNED
EXECUTED
SERVED:  City Attorney,
for the City of Oakland

PROOF OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE *City Attorney* | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE *January 15, 2008* |
| Name of SERVER *Joyce Bratton* | TITLE *Process Server* |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: *One Frank H. Ogawa Plaza Oakland, CA 94612*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL *Ø* | SERVICES *$ 40* | TOTAL *$ 40* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *January 15, 2008*        *Joyce Bratton  # 1026*
             Date                        Signature of Server

                                *842 46th St. Oakland, CA 94608*
                                        Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.