```
 1  JOHN L. BURRIS, SBN 69888
    BEN NISENBAUM, SBN 222173
 2  LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
 3  7677 Oakport Street, Suite 1120
    Oakland, CA 94621
 4  (510) 839-5200; FAX (510) 839-3882
 5
 6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C07-06337 MEJ

JANE DOE,

    Plaintiff,

v.

CITY OF OAKLAND, et al.

    Defendants.

SUMMONS RETURNED EXECUTED
SERVED: Wayne Tucker, Police Chief for the City of Oakland

PROOF OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action

*[Handwritten at top: Jane Doe v. City of Oakland C07-06337]*

| | |
|---|---|
| **RETURN OF SERVICE** | Wayne Tucker, Chief of Police |
| Service of the Summons and Complaint was made by me¹ | DATE: January 17, 2008 |
| Name of SERVER: Joyce Bratton | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Belinda F. Winston, Executive Assistant to the CHIEF, 455 7th Street 8th Floor, Oakland, CA 94607

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $40 | TOTAL $40 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server: Joyce Bratton #1026

Address of Server: 842 46th St Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.