1 | JOHN L. BURRIS, SBN 69888
2 | BEN NISENBAUM, SBN 222173
  | LAW OFFICES OF JOHN L. BURRIS
3 | Airport Corporate Centre
  | 7677 Oakport Street, Suite 1120
4 | Oakland, CA 94621
5 | (510) 839-5200; FAX (510) 839-3882

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C07-06337 MEJ

JANE DOE,

    Plaintiff,

v.

CITY OF OAKLAND, et al.

    Defendants.

SUMMONS RETURNED EXECUTED
SERVED: John Chin, Police Officer for the City of Oakland

PROOF OF SERVICE

AO 440 (Rev 8/01) Summons in a Civil Action

| | RETURN OF SERVICE John Chin, Police Officer |
|---|---|
| Service of the Summons and Complaint was made by me | DATE January 17, 2008 |
| Name of SERVER Joyce Bratton | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: R. Torres #3805 Court Liasion 455 7th Street Oakland, CA 94607

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $40 | TOTAL $40 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 17, 2008

Signature of Server: Joyce Bratton #1026

Address of Server: 842 46th Street Oakland, CA 9460

(*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure