1 | JOHN L. BURRIS, SBN 69888
2 | BEN NISENBAUM, SBN 222173
    LAW OFFICES OF JOHN L. BURRIS
3 | Airport Corporate Centre
    7677 Oakport Street, Suite 1120
4 | Oakland, CA 94621
5 | (510) 839-5200; FAX (510) 839-3882

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C07-06337 MEJ

JANE DOE,

   Plaintiff,

v.

CITY OF OAKLAND, et al.

   Defendants.

SUMMONS RETURNED EXECUTED
SERVED: Kirk Coleman, Police Officer for the City of Oakland

PROOF OF SERVICE

Jane Doe v City of Oakland    C07-06337 MEJ

## RETURN OF SERVICE     Kirk Coleman, Police Officer

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | January 17, 2008 |
| Name of SERVER: Joyce Bratton | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: R. Torres #3805
Court Liasion
455 7th Street
Oakland, CA 94607

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40 | TOTAL $40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 17, 2008    Joyce Bratton #1026
        Date                    Signature of Server

842 46th Street Oakland, CA 9460_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.