JOHN A. RUSSO, City Attorney, SBN129729
RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
ARLENE M. ROSEN, Senior Deputy City Atty., SBN 100160
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589, Fax: (510) 238-6500
Email: kawestmore@oaklandcityattorney.org
25881/434293

Attorneys for Defendants,
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for the CITY OF OAKLAND; JOHN CHIN, individually and in his capacity as a police officer for the CITY OF OAKLAND; KIRK COLEMAN, individually and in his capacity as a police officer for the CITY OF OAKLAND; and, DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No.: C-07-06337-MEJ<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) and 41(b)**<br><br>Date:　　March 13, 2008<br>Time:　　2:00 p.m.<br>Courtroom: B, 15th Floor<br>Judge: Maria Elena James |

　　　　Pursuant to Federal Rule of Evidence 201(d), defendant hereby requests the Court take judicial notice of the following matters of public record, attached hereto:

　　　　Exhibit A:　　Complaint filed on December 13, 2007 in *Jane DOE v. City of Oakland et al.*, United States District Court (Northern District) Case No. C07-06337 MEJ.

　　　　Exhibit B:　　Claim filed against the City of Oakland by Jane DOE on May 10, 2007.

1       Exhibit C:    City of Oakland Denial of claim filed by Jane DOE dated May 17, 2007.

2       The documents Defendants seek to have judicially noticed are matters of public record on file with this court or readily obtainable via public records request from the City of Oakland, Office of the City Attorney and are not subject to reasonable dispute. See FRE 201(b)

DATED: February 4, 2008

                        JOHN A. RUSSO, City Attorney
                        RANDOLPH W. HALL, Chief Assistant City Attorney
                        WILLIAM E. SIMMONS, Supervising Trial Attorney
                        ARLENE M. ROSEN, Senior Deputy City Attorney
                        KANDIS A. WESTMORE, Deputy City Attorney

By: /S/ KANDIS A. WESTMORE
     Attorneys for Defendants,
     CITY OF OAKLAND, et al.

REQUEST FOR JUDICIAL NOTICE ISO MOTION                      C -07-06337-MEJ
TO DISMISS PURSUANT TO FRCP 12(b)(6) and 41(b)