# CITY OF OAKLAND



ONE FRANK OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney  
John A. Russo  
City Attorney

(510) 238-3601  
FAX: (510) 238-6500  
TDD: (510) 839-6451

May 17, 2007

Benjamin Nisenbaum Esq.  
Law Offices of John Burris  
7677 Oakport Street, Ste. 1120  
Oakland, CA 94621

RE: **DENIAL OF CLAIM AGAINST THE CITY OF OAKLAND**  
    Claimant    :    Jane Doe (Claimant Fictitiously named)  
    Date of Loss    :    03/16/07  
    Claim Number:  :    C25881

Dear Benjamin Nisenbaum:

NOTICE IS HEREBY GIVEN that the claim you filed with the City of Oakland has revealed no indication of liability on the part of the City of Oakland. Accordingly, your claim is denied.

**WARNING**

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

This time limitation applies only to causes of action arising under California law for which a claim is mandated by the California Government Tort Claims Act, Government Code sections 900 et. Seq. Other causes of action, including those arising under federal law, may have shorter time limitations for filing.

Very truly yours,

JOHN A. RUSSO  
City Attorney  
By: _____  
Ellen Dolese  
for: Investigator

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx  
PROOF OF SERVICE BY MAIL

I am a citizen of the United States, over 18 years of age, a resident of Alameda County, and not a party to the above action. My business address is One Frank Ogawa Plaza, 6th Floor, Oakland, California 94612. I served a copy of the above notice by placing it in an envelope addressed as shown above, which envelope was then sealed and postage fully prepaid thereon and was on this day deposited in the United States mail at City Hall, Oakland, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California, on    05/17/07    _____Mary Jones_____  
                                                                                         Signature

EXHIBIT C

## CLAIMS ASSISTANCE FORM

DATE: 5-16-07

CLAIMANT: Jane Doe

CLAIM NUMBER: C25881

INVESTIGATOR: END

[X] DENIAL: Mary - please prepare denial & give to Denise for signature in my absence. Return file to me.

[ ] COVER LETTER W/DENIAL:

[ ] PAYMENT TRANSMITTAL:

[ ] REQUEST FOR INFORMATION:

Thx
Ellen

CITY OF OAKLAND
Office of the City Attorney
One Frank H. Ogawa Plaza
6th Floor
Oakland, CA 94612

317598_1.DOC

# CITY OF OAKLAND



ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney  
John A. Russo  
City Attorney

May 14, 2007

(510) 238-3601  
FAX: (510) 238-6500  
TTY/TDD: (510) 238-7367

Benjamin Nisenbaum Esq.  
Law Offices of John Burris  
7677 Oakport Street, Ste. 1120  
Oakland, CA 94621

RE:  CLAIM AGAINST THE CITY OF OAKLAND – Jane Doe (claimant fictitiously named)  
Claim Number:    C25881

Dear Benjamin Nisenbaum:

We are in receipt of the claim you filed against the City of Oakland on May 10, 2007. I am the investigator assigned to handle the claim. My telephone number is (510) 238-2964 and I will be contacting you shortly.

Although we are currently investigating the claim, be advised California Government Code §912.4 allows 45 days to conduct our investigation. Please do not construe this letter as an acceptance or denial of this claim.

Once our investigation is concluded, we will notify you. Thank you for your cooperation.

Very truly yours,

JOHN A. RUSSO  
City Attorney

By:  *Ellen Dolese*  
Ellen Dolese  
Claims Investigator