1  JOHN A. RUSSO, City Attorney, SBN129729
   RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
2  WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
   ARLENE M. ROSEN, Senior Deputy City Atty., SBN 100160
3  KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
   One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California  94612
   Telephone:  (510) 238-3589, Fax:  (510) 238-6500
5  Email: kawestmore@oaklandcityattorney.org
   25881/434512
6
   Attorneys for Defendants,
7  CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants. | Case No.:  C-07-06337-MEJ<br><br>**NOTICE OF CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) and 41(b)**<br><br>**Local Rule 7.7(a)**<br><br>Date:　　March 20, 2008<br>Time:　　10:00 a.m.<br>Courtroom: B, 15th Floor<br>Judge:  Magistrate Judge Maria-Elena James |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that the originally noticed hearing date of March 13, 2008, is hereby continued to March 20, 2008, at 10:00 a.m. in the courtroom of the Honorable Maria-Elena James at the United States Courthouse located at 450 Golden Gate Avenue, courtroom B, 15th floor, Oakland, California, pursuant to Local Rule 7.7(a).

Dated: February 5, 2008　　　　JOHN A. RUSSO, City Attorney
　　　　　　　　　　　　　　　RANDOLPH W. HALL, Chief Assistant City Attorney
　　　　　　　　　　　　　　　WILLIAM E. SIMMONS, Supervising Trial Attorney
　　　　　　　　　　　　　　　ARLENE M. ROSEN, Senior Deputy City Attorney
　　　　　　　　　　　　　　　KANDIS A. WESTMORE, Deputy City Attorney

　　　　　　　　　　　　　　By: /S/ KANDIS A. WESTMORE
　　　　　　　　　　　　　　　Attorneys for Defendants, CITY OF OAKLAND, et al.

NOTICE OF CONTINUANCE OF DEFENDANTS'　　-1-　　　　　　　　　　　　C -07-06337-MEJ
MOTION TO DISMISS