IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF OAKLAND, et al.,<br><br>         Defendants.<br>_____/ | No.C-07-6337 MEJ<br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) and 41(b) |

   Please take note that the hearing on Defendants' Motion to Dismiss, originally noticed for March 13, 2008, and then continued to March 20, 2008, is hereby continued to 10:00 a.m., March 27, 2008, in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 5, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge