1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California  94612
   Telephone:  (510) 238-6392         Fax:  (510) 238-6500
5  25881/434635

6  Attorneys for Defendants
7  CITY OF OAKLAND, et al.

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11 | JANE DOE,                                      | Case No.  C-07-06337-MEJ
12 |                                                |
13 |              Plaintiff,                        | **NOTICE OF APPEARANCE**
   |                                                | **OF COUNSEL**
14 |       vs.                                      |
15 | CITY OF OAKLAND, a municipal corporation;      |
   | WAYNE TUCKER, in his capacity as Chief of      |
16 | Police for the CITY OF OAKLAND; JOHN           |
   | CHIN, individually and in his capacity as a    |
17 | police officer for the CITY OF OAKLAND;        |
   | KIRK COLEMAN, individually and in his          |
18 | capacity as a police officer for the CITY OF   |
19 | OAKLAND; and, DOES 1-25, inclusive,            |
20 |              Defendants.                       |

21
22 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23        PLEASE TAKE NOTICE that pursuant to General Order No. 45 IV.C Deputy City

24 Attorney, Arlene M. Rosen hereby enters her appearance as counsel of record for

25 defendant City of Oakland in the above-captioned matter.

26

                                            1
NOTICE OF APPEARANCE                                                    C 07-06337 MEJ
OF COUNSEL

1  DATED:  February 6, 2008

2             JOHN A. RUSSO, City Attorney
              RANDOLPH W. HALL, Chief Assistant City Attorney
3             WILLIAM E. SIMMONS, Supervising Trial Attorney
              ARLENE M. ROSEN, Senior Deputy City Attorney
4

5

6             By:      s/s
                    Attorneys for Defendants
7                   CITY OF OAKLAND, et al.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE                                                    C 07-06337 MEJ
OF COUNSEL