UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,                                    No. C –07–06337–MEJ

       Plaintiff,                        NOTICE OF NEED FOR ADR
                                             PHONE CONFERENCE [ADR L.R. 3-5]
v.
                                             ADR CERTIFICATION
CITY OF OAKLAND, et al.,

       Defendant.
_____/

The parties either:

☒    have not yet reached an agreement to an ADR process, or

☐    have tentatively agreed to a settlement conference before a magistrate judge.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

Last day to file Joint Case Management Statement: __March 13, 2008__

Date of Initial Case Management Conference: __March 20, 2008 (to be continued pending Motion to Dismiss)__

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | Fax No. |
|---|---|---|---|
| Arlene M. Rosen | Defendant | (510) 238-6392 | (510) 238-6500 |
| Benjamin Nisenbaum | Plaintiff | (510) 281-8512 | (510) 839-3882 |

*(For additional participants, please attach a separate sheet with the above information.)*

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

*For court use only.*

ADR Phone Conference Date: _____    Time: _____ AM/PM

For scheduling concerns, call 415-522-2199.

Date: _____                    _____
                                                ADR Case Administrator

NOTICE OF NEED FOR ADR PHONE CONFERENCE / ADR CERTIFICATION

Rev. 5/00

1

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 2/29/08        //s//BENJAMIN NISENBAUM
                      [Typed name and signature of plaintiff]
                      BENJAMIN NISENBAUM

Dated: 2/29/08        _____
                      [Typed name and signature of counsel for plaintiff]
                      ARLENE M. ROSEN

Dated: _____         _____
                      [Typed name and signature of defendant]

Dated: _____         _____
                      [Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00