JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for the CITY OF OAKLAND; JOHN CHIN, individually and in his capacity as a police officer for the CITY OF OAKLAND; KIRK COLEMAN, individually and in his capacity as a police officer for the CITY OF OAKLAND; and, DOES 1-25, inclusive,<br><br>            Defendants.<br>_____/ | Case No. C 07 06337 MEJ<br><br>**DECLARTION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION IN PART TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) and 41(b)**<br><br>Date:  March 27, 2008<br>Time:  10:00 a.m.<br>Courtroom: B, 15th Floor<br><br>Honorable Magistrate Judge Maria-Elena James |

I, Benjamin Nisenbaum, hereby declare:

1. I am attorney of record for Plaintiff. This declaration is submitted in support of Plaintiff's Partial Opposition to Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) and 41(b) in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of a newspaper article appearing in the San Francisco Chronicle and online at SFGate.com, entitled "One-time vigilante running for council seat," authored by Chip Johnson, published on February 12, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

Executed March 4, 2008 at Oakland, California.

/s/ _____
Benjamin Nisenbaum
Attorney for Plaintiff