```
1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California 94612
   Telephone: (510) 238-6392         Fax: (510) 238-6500
5  25881/441319

6  Attorneys for Defendants
7  CITY OF OAKLAND, et al.

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11 JANE DOE,                          Case No. C-07-06337-MEJ
12
              Plaintiff,              STIPULATION TO CONTINUE INITIAL
13                                    CASE MANAGEMENT CONFERENCE
       vs.                            AND HEARING ON MOTION TO
14                                    DISMISS; [PROPOSED] ORDER
15 CITY OF OAKLAND, a municipal corporation;   THEREON
   WAYNE TUCKER, in his capacity as Chief of
16 Police for the CITY OF OAKLAND; JOHN
   CHIN, individually and in his capacity as a
17 police officer for the CITY OF OAKLAND;
   KIRK COLEMAN, individually and in his
18 capacity as a police officer for the CITY OF
   OAKLAND; and, DOES 1-25, inclusive,
19
20            Defendants.
21
```

22       It is hereby stipulated by the parties, through their respective counsel, that

23 the Initial Case Management Conference scheduled in the above-captioned action for

24 Thursday, March 20, 2008 at 10:00 a.m. be continued to May 1, 2008 at 10:00 a.m., and

25 that the hearing on Defendants' Motion to Dismiss this action, presently set for March 27,

26 2008, be continued to April 3, 2008 at 10:00 a.m. Both hearings will take place in the

1  United States District Court, Courtroom B, 15th Floor, Federal Building, 450 Golden Gate
2  Avenue, San Francisco, California 94102.  The parties further agree to serve initial
3  disclosures and Rule 26 reports and file their Joint Case Management Conference
4  Statement with the Court no later than April 24, 2008.
5      Good cause exists for these continuances on the ground that both Arlene
6  Rosen and Kandis Westmore, counsel for defendants, will be out of state the week of
7  March 24, 2008, and Benjamin Nisenbaum, plaintiff's counsel, has a seven-day trial set
8  on April 15, 2008.  As the Court's ruling on the Motion to Dismiss may obviate the
9  necessity for initial disclosures or otherwise affect further proceedings, continuing the
10 Case Management Conference to a date following the hearing on defendants' motion to
11 dismiss would benefit the Court and the parties in the effective and economical
12 management of time.

13 DATED: March 13, 2008         OFFICE OF THE CITY ATTORNEY OF OAKLAND
14
15                               By: _____
                                     ARLENE M. ROSEN
16                                   Senior Deputy City Attorney
                                     Attorneys for Defendants
17                                   CITY OF OAKLAND, et al.
18
19 DATED: March 13, 2008         LAW OFFICES OF JOHN L. BURRIS
20                               By: _____
                                     BENJAMIN NISENBAUM
21                                   Attorneys for Plaintiff
                                     JANE DOE
22

23                                  **ORDER**

24    Good cause appearing therefor, IT IS SO ORDERED.

25 DATED: _____          _____
                                     UNITED STATES MAGISTRATE JUDGE
26

STIPULATION TO CONTINUE INITIAL                 2                    C-07-06337-MEJ
CASE MANAGEMENT CONFERENCE
AND HEARING ON MOTION TO DISMISS;
[PROPOSED] ORDER THEREON