JOHN A. RUSSO, City Attorney, SBN129729
RANDOLPH W. HALL, Chief Asst. City Atty., SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
ARLENE M. ROSEN, Senior Deputy City Atty., SBN 100160
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589, Fax: (510) 238-6500
Email: kawestmore@oaklandcityattorney.org
25881/441601

Attorneys for Defendants,
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for the CITY OF OAKLAND; JOHN CHIN, individually and in his capacity as a police officer for the CITY OF OAKLAND; KIRK COLEMAN, individually and in his capacity as a police officer for the CITY OF OAKLAND; and, DOES 1-25, inclusive,<br><br>Defendants. | Case No.:  C-07-06337-MEJ<br><br>**NOTICE OF ERRATA RE.<br>REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) and 41(b)**<br><br>Date:  March 27, 2008<br>Time:  10:00 a.m.<br>Courtroom: B, 15th Floor<br>Magistrate Judge:  Maria-Elena James |

Defendants respectfully bring the attention of the Court and Plaintiff to the following errors that inadvertently occurred in the Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) and 41(b).

1. Section A at the first sentence of the Reply, reads "…offers no opposition to the motion to dismiss causes of action numbers one through three." It should

1  read "...offers no opposition to the motion to dismiss the third through sixth causes
2  of action."
3  The City regrets any confusion and inconvenience this error may have caused.
4  DATED: March 14, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
ARLENE M. ROSEN, Senior Deputy City Attorney
KANDIS A. WESTMORE, Deputy City Attorney


By: /S/ KANDIS A. WESTMORE
Attorneys for Defendants,
CITY OF OAKLAND, et al.