```
 1  JOHN A. RUSSO, City Attorney - State Bar #129729
    RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
 2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
    ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
 3  One Frank H. Ogawa Plaza, 6th Floor
 4  Oakland, California 94612
    Telephone: (510) 238-6392     Fax: (510) 238-6500
 5  25881/441319
 6  Attorneys for Defendants
 7  CITY OF OAKLAND, et al.
 8
 9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11  JANE DOE,                          Case No. C-07-06337-MEJ
12            Plaintiff,               STIPULATION TO CONTINUE INITIAL
13                                     CASE MANAGEMENT CONFERENCE
        vs.                            AND HEARING ON MOTION TO
14                                     DISMISS; [PROPOSED] ORDER
    CITY OF OAKLAND, a municipal       THEREON
15  corporation; WAYNE TUCKER, in his capacity as Chief of
16  Police for the CITY OF OAKLAND; JOHN
    CHIN, individually and in his capacity as a
17  police officer for the CITY OF OAKLAND;
    KIRK COLEMAN, individually and in his
18  capacity as a police officer for the CITY OF
19  OAKLAND; and, DOES 1-25, inclusive,
20            Defendants.
21
22       It is hereby stipulated by the parties, through their respective counsel, that
23  the Initial Case Management Conference scheduled in the above-captioned action for
24  Thursday, March 20, 2008 at 10:00 a.m. be continued to May 1, 2008 at 10:00 a.m., and
25  that the hearing on Defendants' Motion to Dismiss this action, presently set for March 27,
26  2008, be continued to April 3, 2008 at 10:00 a.m. Both hearings will take place in the
```

United States District Court, Courtroom B, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties further agree to serve initial disclosures and Rule 26 reports and file their Joint Case Management Conference Statement with the Court no later than April 24, 2008.

    Good cause exists for these continuances on the ground that both Arlene Rosen and Kandis Westmore, counsel for defendants, will be out of state the week of March 24, 2008, and Benjamin Nisenbaum, plaintiff's counsel, has a seven-day trial set on April 15, 2008. As the Court's ruling on the Motion to Dismiss may obviate the necessity for initial disclosures or otherwise affect further proceedings, continuing the Case Management Conference to a date following the hearing on defendants' motion to dismiss would benefit the Court and the parties in the effective and economical management of time.

DATED: March 13, 2008

OFFICE OF THE CITY ATTORNEY OF OAKLAND

By: _____
ARLENE M. ROSEN
Senior Deputy City Attorney
Attorneys for Defendants
CITY OF OAKLAND, et al.

DATED: March 13, 2008

LAW OFFICES OF JOHN L. BURRIS

By: _____
BENJAMIN NISENBAUM
Attorneys for Plaintiff
JANE DOE

**ORDER**

    Good cause appearing therefor, IT IS SO ORDERED.

DATED: March 17, 2008

_____
UNITED STATES MAGISTRATE JUDGE