**TOTAL TIME (MINS):** 15

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

## CIVIL MINUTE ORDER

**DATE:** April 3, 2008
**TITLE:** Doe -v- City of Oakland                                          **CASE #:** C-07-6337 MEJ

**APPEARANCES:**

**FOR PLAINTIFF:**                                                          **FOR DEFENDANT:**

**Ben Nisenbaum**                                                           **Arlene Rosen**

**Deputy Clerk:** Brenda Tolbert                                            **Reporter:** Jim Yeomans

**PROCEEDINGS:**

- ___ Case Management
- ___ Further Case Management
- ___ Status Conference
- ___ Pretrial Conference
- ___ Settlement Conference (Length: Hr/s.)
- ___ Evidentiary Hearing
- ___ Examination of Judgment Debtor
- _X_ Motions
- ___ Other:

**ORDER/RESULTS:**

Defendant's Motion to Dismiss Held. Plaintiff has 30 days to Amend Complaint to Add Plaintiff's Name. See Court Order RE: Dismissal.

**Case Continued To:** _____     **For:** _____
**Case Referred To:** _____      **For:** _____

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda, Other: