IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No.C-07-6337 MEJ |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Evidence 201(d) the Court hereby takes judicial notice of the following matters of public record:

1. Complaint filed on December 13, 2007, in Jane Doe v. City of Oakland et al., United States District Court (Norther District) Case No. C 07-06337 MEJ. Defendant's Exhibit A.

2. Claim filed against the City of Oakland by Jane DOE on May 10, 2007.     Defendant's Exhibit B.

3. City of Oakland Denial of claim filed by Jane DOE dated May 17, 2007. Defendant's Exhibit C.

These documents are matters of public record on file with this court or readily obtainable via public records request from the City of Oakland, Office of the City Attorney and are not subject to

1 reasonable dispute See FRE 201(b).

2       The Court hereby GRANTS Defendant's Motion to Dismiss. As to Plaintiff's true name, the
3 dismissal shall be without prejudice with leave to amend within 30 days to include Plaintiff's true
4 name in compliance with Rule 10 of the Federal Rules of Civil Procedure.

5       **IT IS SO ORDERED.**

7 Dated: April 4, 2007

                                                       MARIA-ELENA JAMES
8                                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California