1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:  (510) 839-5200
   Facsimile:   (510) 839-3882
5  john.burris@johnburrislaw.com
   bnisenbaum@gmail.com
6

7  Attorneys for Plaintiff

8

9                    UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  JANE DOE,                                      | **Case No. C 07 06337 MEJ**

13              Plaintiff,                         | **STIPULATION AND (PROPOSED) ORDER
                                                      CONTINUING CASE MANAGEMENT
14         vs.                                       CONFERENCE**

15  CITY OF OAKLAND,  a municipal corporation;
    WAYNE TUCKER, in his capacity as Chief of
16  Police for the CITY OF OAKLAND; JOHN
    CHIN, individually and in his capacity as a
17  police officer for the CITY OF OAKLAND;
    KIRK COLEMAN, individually and in his
18  capacity as a police officer for the CITY OF
    OAKLAND; and,  DOES 1-25, inclusive,
19
20              Defendants.
21                                              /

22

23         The parties to the above-entitled action hereby stipulate to continue the Case Management Conference

24  currently set in this matter for May 1, 2008 at 10:00 a.m. to May 15, 2008 at 10:00 a.m.  The requested

25  continuance is due to Plaintiff's consideration of whether to pursue this matter in light of the Court's Order

26  that she proceed under her true name.  That issue is expected to be resolved by April 30, 2008.  Should

27  Plaintiff go forward with this action, the parties shall file their Joint Case Management Conference Statement

28  and exchange Initial Disclosures by May 8, 2008.

STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE        1
Case No. C 07 06337 MEJ

1    Respectfully submitted,

2

3    Dated:  April 24, 2008                    **The Law Offices of John L. Burris**

4

5                                              /s/Benjamin Nisenbaum_____

6                                              Benjamin Nisenbaum
                                               Attorneys for Plaintiff
7

8    Dated:   April 24, 2008                   JOHN A. RUSSO, City Attorney
                                               RANDOLPH W. HALL, Chief Assistant City Attorney
9                                              WILLIAM E. SIMMONS, Supervising Trial Attorney
                                               ARLENE M. ROSEN, Senior Deputy City Attorney
10                                             KANDIS A. WESTMORE, Deputy City Attorney

11

12

13                                         By: /s/Arlene M. Rosen_____

14                                             Attorneys for Defendants,
                                               CITY OF OAKLAND, et al.
15

16                              **(Proposed) ORDER**

17        Based on stipulation, good cause for the continuance based on Plaintiff's contemplated

18
     amended complaint to be filed by May 2, 2008, the Court hereby grants the parties requested
19
     continuance of the Case Management Conference in this matter to May 15, 2008 at 10:00 a.m.  The
20
     parties shall file their Initial Joint Case Management Conference Statement and exchange Initial
21
22   Disclosures by May 8, 2008.

23

24
          **IT IS SO ORDERED.**
25

26   Dated:_____                    _____

27                                      Hon. Maria-Elena James
                                        UNITED STATES MAGISTRATE JUDGE
28

STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE            2
Case No. C 07 06337 MEJ