JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>           Plaintiff,<br><br>      vs.<br><br>CITY OF OAKLAND,  a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for the CITY OF OAKLAND; JOHN CHIN, individually and in his capacity as a police officer for the CITY OF OAKLAND; KIRK COLEMAN, individually and in his capacity as a police officer for the CITY OF OAKLAND; and,  DOES 1-25, inclusive,<br><br>           Defendants.<br>                                                                     / | Case No. C 07 06337 MEJ<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties to the above-entitled action hereby stipulate to continue the Case Management Conference currently set in this matter for May 1, 2008 at 10:00 a.m. to May 15, 2008 at 10:00 a.m.  The requested continuance is due to Plaintiff's consideration of whether to pursue this matter in light of the Court's Order that she proceed under her true name.  That issue is expected to be resolved by April 30, 2008.  Should Plaintiff go forward with this action, the parties shall file their Joint Case Management Conference Statement and exchange Initial Disclosures by May 8, 2008.

STIPULATION AND ~~(PROPOSED)~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE                            1
Case No. C 07 06337 MEJ

Respectfully submitted,

Dated: April 24, 2008            **The Law Offices of John L. Burris**


/s/Benjamin Nisenbaum
Benjamin Nisenbaum
Attorneys for Plaintiff


Dated: April 24, 2008            JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
ARLENE M. ROSEN, Senior Deputy City Attorney
KANDIS A. WESTMORE, Deputy City Attorney


By: /s/Arlene M. Rosen
Attorneys for Defendants,
CITY OF OAKLAND, et al.

### (Proposed) ORDER

Based on stipulation, good cause for the continuance based on Plaintiff's contemplated amended complaint to be filed by May 2, 2008, the Court hereby grants the parties requested continuance of the Case Management Conference in this matter to May 15, 2008 at 10:00 a.m. The parties shall file their Initial Joint Case Management Conference Statement and exchange Initial Disclosures by May 8, 2008.

**IT IS SO ORDERED.**

Dated: May 29, 2008

_____
Hon. Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE    2
Case No. C 07 06337 MEJ