JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE                                    Case No.  C 07 06337 MEJ

            Plaintiff,            **STIPULATION AND DISMISSAL**

    vs.

CITY OF OAKLAND, et al.,

            Defendants.
_____/


    Pursuant to stipulation and FRCP 41(a), Plaintiff JANE DOE hereby dismisses with prejudice

the above-noted matter, including all claims and causes of action, each side to bear their own costs

and fees.


                        Respectfully submitted,

                        **Law Offices of John L. Burris**

Dated: May 1, 2008                          /s/ Benjamin Nisenbaum_____
                        Benjamin Nisenbaum
                        Attorney for Plaintiff

**Office of the City Attorney**

Dated: May 1, 2008                    /s/ Arlene M. Rosen
                                     Arlene M. Rosen, Sr. Deputy City Attorney
                                     Attorney for Defendants


**(Proposed) ORDER**

Pursuant to Stipulation and FRCP 41(a), the above-noted matter is hereby dismissed with prejudice, each side to bear their own costs and fees.

**IT IS SO ORDERED.**


Dated:                                _____
                                     Honorable Maria-Elena James
                                     United States Magistrate Judge