JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE                                                              Case No.  C 07 06337 MEJ

          Plaintiff,                                              **STIPULATION AND DISMISSAL**

  vs.

CITY OF OAKLAND, et al.,

          Defendants.
_____/

    Pursuant to stipulation and FRCP 41(a), Plaintiff JANE DOE hereby dismisses with prejudice the above-noted matter, including all claims and causes of action, each side to bear their own costs and fees.

                                              Respectfully submitted,

                                              **Law Offices of John L. Burris**

Dated: May 1, 2008                              /s/ Benjamin Nisenbaum
                                              Benjamin Nisenbaum
                                              Attorney for Plaintiff

**Office of the City Attorney**

Dated: May 1, 2008

/s/ Arlene M. Rosen
Arlene M. Rosen, Sr. Deputy City Attorney
Attorney for Defendants

### ~~(Proposed)~~ ORDER

Pursuant to Stipulation and FRCP 41(a), the above-noted matter is hereby dismissed with prejudice, each side to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: May 14, 2008



Honorable Maria-Elena James
United States Magistrate Judge

STIPULATION AND DISMISSAL
Case No.  C 07 06337 MEJ

2